RECEIVED

NOV 2 2 2011

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO.
~ ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_EASTERN_ **DIVISION**

DANNY R. BRADFORD )
                                     )
_____ )
                                     )
_____ )
(Enter above the full name of the )
Plaintiff(s) in this action.  Include prison )
registration number(s).) )
                                     )
               v. )
                                     )
CHRISTINE S. BRADFORD )
                                     )
Elnoer Carlyle )
                                     )
_____ )
                                     )
_____ )
                                     )
_____ )
(Enter above the full name of **ALL** Defend- )
ant(s) in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

Case No. _____
(To be assigned by Clerk)

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I.  PLACE OF PRESENT CONFINEMENT:

   Missouri Eastern Correctional Center

II.  PREVIOUS CIVIL ACTIONS:

   A.  Have you brought any other civil actions in state or federal court dealing with the
       same facts involved in this action or otherwise relating to your confinement?

       YES  [  ]                    NO  [✓]

B.    If your answer to "A" is YES, describe the action(s) in the space below. If there is
      more than one action, you must describe the additional action(s) on a separate piece
      of paper, using the same format as below.

      1.    Parties to previous civil action:

            Plaintiff(s):      _____N/A_____

            _____

            Defendant(s):    _____N/A_____

            _____

      2.    Court where filed: ___N/A_____

      3.    Docket or case number: __N/A_____

      4.    Name of Judge: ____N/A_____

      5.    Basic claim made: ___N/A_____

            _____

            _____

      6.    Present disposition (Is the case still pending? Is it closed? If closed, was it
            appealed?):

            _____N/A_____

III.   GRIEVANCE PROCEDURES:

      A.    Is there a prisoner grievance procedure at the institution in which you are
            incarcerated?

            YES  ☒            NO  [  ]

      B.    Have you presented this grievance system the facts which are at issue in this
            complaint?

            YES  [  ]            NO  ☒

-2-

C.    If your answer to "B" is YES, what steps did you take:  _N/A_

_____

_____

D.    If your answer to "B" is NO, explain why you have not used the grievance system:

Grievance procedure are restricted to Policy and

Rules of the institution, not this matter

IV.    PARTIES TO THIS ACTION:

A.    Plaintiff(s)

1.    Name of Plaintiff:  _DANNY R. BRADFORD_
                         _# 1138713    H.U. 2A-22_

2.    Plaintiff's address:  _M.E.C.C. 7870 old Highway 66, Pacific, MO 63069_

3.    Registration number:  _1138713_ _____

4.    Additional Plaintiff(s) and address(es): _____

_____

_____

B.    Defendant(s)

1.    Name of Defendant:  _Christine S. Bradford_
                          _9818 Zykan Dr, Overland, MO, 63114_

2.    Defendant's address:  _6826 Balson St. Louis, MO, 63116_

3.    Defendant's employer and job title:  _Unknown_

_____

4.    Additional Defendant(s) and address(es): _Elnore Carlyle_
       _9818 Zykan Dr.  Overland, MO, 63114_

_____

-3-

V.  COUNSEL

A.  Do you have an attorney to represent you in this action?

YES  [  ]                    NO  [✓]

B.  If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

YES  [✓]                    NO  [  ]

C.  If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

Several attorney's were attempted to be contacted, by mail and telephone with only results being to wait until out of Prison.

D.  If your answer to "B" is NO, explain why you have not made such efforts:

N/A

E.  Have you previously been represented by counsel in a civil action in this Court?

YES  [  ]                    NO  [✓]

F.  If your answer to "E" is YES, state the attorney's name and address:

N/A

-4-

VI.   Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs. You may use additional paper if necessary):

Plaintiff is suing Christine S. Bradford and Elnore Carlyle for slander and libel. Plaintiff is and has been imprisoned in the Missouri Department of Corrections. During the time of June 16, 2011 until Nov 2011, the Plaintiff's ex wife and her mother have spread vicious lies about Plaintiff. The defendants have repeatedly told others, not so much related to them, but any where people will listen, that the Plaintiff has repeatedly beaten and raped the leading defendant, Christine S. Bradford. This occurs at grocery stores, department stores, convenience stores, etc, because of cuts and welts on her body, when during this time the Plaintiff has been incarcerated. Sworn affidavits will prove this point (keith gowing) to prove all allegations in this legal issue. This action, performed by defendants, has undermined the Plaintiff's standing in the community, to which he shall return. Plaintiff is in prison because her has Several occassions can be documented once this legal action is accepted.

-5-

VII.   RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal
arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects
the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

Plaintiff seeks relief from the court for the lies,
slanderous comments being explaned upon him
when in actuality he is in prison because of her
lies. All the lies and enuendos started in Sept
2006 and evidence of sworn statements will prove this

VIII.   MONEY DAMAGES

A) Do you claim either actual or punitive monetary damages for the acts alleged in this
complaint?

YES ☒      NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons
you believe you are entitled to recover such money damages:

Plaintiff is seeking relief in this matter of $250,000.00
in actual damages in this legal matter for sworn statements
continuing to degrade Plaintiff's character

IX.   Do you claim that the wrongs alleged in the complaint are continuing to occur at the present
time?

YES  [✓]          NO   [  ]

_____

D₂ R Bradfel
Signature of attorney or pro se Plaintiff(s)

11-18-11
Date

-6-